IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODNEY NIGEL PHILLIPS, JR.,
Inmate # 003780,

    Plaintiff,

v.                                                                                          4:24cv15–WS/MAF

STATE OF FLORIDA, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed March 13, 2024. The magistrate judge recommends that Plaintiff's case be transferred to the Middle District of Florida, Fort Myers Division, for all further proceedings.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Fort Myers Division, for all further proceedings.

DONE AND ORDERED this <u>   11th   </u> day of <u>   April   </u>, 2024.

<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE